```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LOMA DELI GROCERY CORP. and KEVIN                                      :
RODRIGUEZ,                                                             :
                                                                       :
                              Plaintiffs,                              :       20-CV-7236 (JPC)
                                                                       :
              -v-                                                      :       ORDER
                                                                       :
UNITED STATES OF AMERICA,                                              :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/3/2020

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of the parties' joint letter and proposed Case Management Plans. (Dkt. 28.) In light of the fact that the administrative record has not yet been filed, it is hereby ORDERED that the Initial Pretrial Conference scheduled for December 9, 2020 at 3:30 p.m. is ADJOURNED *sine die*. It is further ORDERED that the parties shall meet and confer after the administrative record has been filed, and shall submit to the Court a joint letter within one week of that meet and confer or by February 1, 2021, whichever date is earlier. In that letter, the parties shall set forth their views on whether any further discovery is necessary prior to Defendant's anticipated motion for summary judgment. If any party believes that further discovery is necessary, the party shall further identify what discovery is necessary and explain why such discovery is expected to change the factual landscape such that it should be exchanged prior to Defendant's motion for summary judgment.

SO ORDERED.

Dated: December 3, 2020
       New York, New York

_____
JOHN P. CRONAN
United States District Judge