# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

LOMA DELI GROCERY CORP. and KEVIN RODRIGUEZ,

                Plaintiff,                20 **CIVIL** 7236 (JPC)

      -against-                     **JUDGMENT**

UNITED STATES OF AMERICA,

                Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 10, 2021, For the aforementioned reasons, the Government's motion for summary judgment is granted. Because the Court concludes that oral argument in this case is unnecessary, Plaintiffs' motion for oral argument, Dkt. 57, is denied; accordingly, this case is closed.

**Dated:**  New York, New York
          September 13, 2021

                                                    **RUBY J. KRAJICK**
                                                      Clerk of Court
                                       **BY:**
                                                            Deputy Clerk